


JS 44 (Rev. 2/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** JAMES MARTIN

**DEFENDANTS:** BENNIE RADFORD, N. ROBINSON, ELROY REED

**(b) County of Residence of First Listed:** COOK (EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed:** COOK (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):** PRO SE

**Attorneys (If Known):** PRO SE

FILED Jun 30 2008 — JUN 30 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT — NF

**08CV3712 JUDGE MAROVICH MAGISTRATE JUDGE ASHMAN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

CIVIL RIGHTS: [X] 440 Other Civil Rights

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:

## VIII. This case [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case _____, previously dismissed by Judge _____

6-30-2008
JUNE 30, 2008

Signature: James Martin