**FILED**

JUN 3 0 2008

Jun 30 2008

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: JAMES MARTIN
(Please print)

STREET ADDRESS: 524 ELDER

CITY/STATE/ZIP: GLENVIEW, IL,

PHONE NUMBER: NONE

CASE NUMBER: 08CV3712
JUDGE MAROVICH
MAGISTRATE JUDGE ASHMAN

_James Martin_
Signature

6-30-2008
Date